UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-10034-Leibowitz(s)
18 U.S.C. § 1001(a)(3)
18 U.S.C. § 111(a)(1)

UNITED STATES OF AMERICA

v.

LUIS ARNULFO OCAMPO MARTINEZ,

Defendant.
_____/

FILED BY ___BM___ D.C.
Dec 4, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**SUPERSEDING INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**False Statements to a Federal Agency**
**(18 U.S.C. § 1001(a)(3))**

On or about April 15, 2023, in Monroe County, in the Southern District of Florida, and elsewhere, in a matter within the jurisdiction of the Department of Homeland Security, United States Citizenship and Immigration Services, an agency of the executive branch of the United States Government, the defendant,

**LUIS ARNULFO OCAMPO MARTINEZ,**

did knowingly and willfully make and use a false writing and document knowing the same to contain a materially false, fictitious, and fraudulent statement and entry, that is, the defendant submitted to the United States Citizenship and Immigration Services a Form I-485, Application to Register Permanent Residence or Adjust Status, signed by the defendant, under penalty of perjury, declaring that:

a) the only other name he had ever used was "Luis Arnulfo Ocampo Martinez;" when in truth and fact, and as the defendant then and there well knew, the defendant had used another name, that is, during a previous encounter with U.S. immigration officials, the defendant used the name "Luis Arnulfo Sanchez Pena";

b) the defendant was not presently or had ever been in removal, exclusion, rescission, or deportation proceedings, when in truth and fact, and as the defendant then and there well knew, the defendant had been in removal, exclusion, rescission, or deportation proceedings, that is, in or about 1998, the defendant was placed into removal proceedings;

c) the defendant had never been arrested, cited, charged, or detained for any reason by any law enforcement official (including but not limited to any U.S. immigration official or any official of the U.S. armed forces or U.S. Coast Guard), when in truth and fact, and as the defendant then and there well knew, the defendant had been arrested, cited, charged, or detained for any reason by any law enforcement official, that is, on or about February 15, 1998, the defendant was arrested by U.S. immigration officials near Brownsville, Texas;

d) the defendant had never failed or refused to attend or remain in attendance at any removal proceedings filed against him on or after April 1, 1997, when in truth and fact, and as the defendant then and there well knew, the defendant had failed or refused to attend or remain in attendance at removal proceedings filed against him on or after April 1, 1997, that is, the defendant refused to attend a hearing in removal proceedings filed against him on or about February 15, 1998;

In violation of Title 18, United States Code, Section 1001(a)(3).

## COUNT 2
### Assaulting, Resisting, or Impeding Certain Officers or Employees
### (18 U.S.C. § 111(a)(1))

On or about July 1, 2025, in Monroe County, in the Southern District of Florida, the defendant,

**LUIS ARNULFO OCAMPO MARTINEZ,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "B.C.," an officer and employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, United States Border Patrol, while "B.C." was engaged in and on account of the performance of his official duties, and in the commission of the offense, did commit simple assault, in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

ANDREA MONTES
ASSISTANT UNITED STATES ATTORNEY

3


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

LUIS ARNULFO OCAMPO MARTINEZ
_____/
Defendant.

CASE NO.: 25-cr-10034-Leibowitz(s)

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) No
Number of New Defendants _____
Total number of new counts   1

**Court Division** (select one)
☐ Miami   ☑ Key West   ☐ FTP
☐ FTL     ☐ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)                 (Check only one)
   I   ☑ 0 to 5 days                ☐ Petty
   II  ☐ 6 to 10 days               ☐ Minor
   III ☐ 11 to 20 days              ☐ Misdemeanor
   IV  ☐ 21 to 60 days              ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge David S. Leibowitz     Case No. 25-cr-10034-DSL
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Lurana S. Snow     Magistrate Case No. 4:25-mj-05030-LSS
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____     Case No. _____
9. Defendant(s) in federal custody as of July 1, 2025
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
Andrea Montes
Assistant United States Attorney
FL Bar No.     1016182

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: LUIS ARNULFO OCAMPO MARTINEZ

**Case No**:    25-CR-10034-LEIBOWITZ(s)

Count No.1

False Statements to a Federal Agency

Title 18, United States Code, Section 1001(a)(3)
* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $ 250,000**

Count No. 2

Assaulting, Resisting, or Impeding Certain Officers or Employees

Title 18, United States Code, Section 111(a)(1)
* **Max. Term of Imprisonment: 1 year (misdemeanor)**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 1 year**
* **Max. Fine: $ 100,000**

*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.