```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA

             CASE NO.  25-10034-CR-LEIBOWITZ
```

**UNITED STATES OF AMERICA,**

    Plaintiff,
v.

**LUIS ARNULFO OCAMPO MARTINEZ,**

    Defendant.
_____/

<u>**OMNIBUS ORDER ON MOTIONS**</u>

THIS CAUSE came before the Court on the Government's Motion *in Limine* [ECF No. 31], Motion to Seal [ECF No. 32], and Sealed *Ex Parte* Motion [ECF No. 33]. Being fully advised and for the reasons stated on the record at the Final Pretrial Conference held January 26, 2026, it is **ORDERED AND ADJUDGED** as follows:

    1. The Government's Motion *in Limine* [ECF No. 31] is **resolved as stated on the record at the final pretrial conference, but otherwise taken under advisement;**

    2. The Government's Motion to Seal [ECF No. 32] is **GRANTED for the reasons stated on the record at the final pretrial conference and the previous status conference;** and

    3. The Government's Sealed *Ex Parte* Motion to Excuse Disclosure [ECF No. 33] is **GRANTED for the reasons stated on the record at the final pretrial conference.**

CASE NO. 25-10034-CR-LEIBOWITZ

To the extent the Court made additional or more detailed rulings on the record at the date hearing that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in the Southern District of Florida on January 26, 2026.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record