UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-10034-LEIBOWITZ

UNITED STATES OF AMERICA

v.

LUIS ARNULFO OCAMPO MARTINEZ,

    Defendant.

_____/

**VERDICT FORM**

    1.    We, the Jury, unanimously find the Defendant, **LUIS ARNULFO OCAMPO MARTINEZ**, as to **Count 1** of the Indictment:

        NOT GUILTY ✓        GUILTY _____

    2.    We, the Jury, unanimously find the Defendant, **LUIS ARNULFO OCAMPO MARTINEZ**, as to **Count 2** of the Indictment:

        NOT GUILTY ✓        GUILTY _____

**SO SAY WE ALL**

**FOREPERSON OF THE JURY**

Dated: 2/6/2026