**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 25-10034-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**LUIS ARNULFO OCAMPO MARTINEZ,**

    Defendant.

_____/

## JUDGMENT OF ACQUITTAL

The Defendant, Luis Arnulfo Ocampo Martinez, having come before the Court for trial and the jury having rendered a verdict of NOT GUILTY as to Counts 1 and 2 of the Superseding Indictment, it is hereby **ORDERED AND ADJUDGED** that a Judgment of Acquittal is entered herein as to the Defendant, Luis Arnulfo Ocampo Martinez, on all counts of the Superseding Indictment.  All other underlying indictments are dismissed.

**DONE AND ORDERED** in the Southern District of Florida on February 9, 2026.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record